UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-30020-MGM |
| | ) | |
| HANIBAL TAYEH, | ) | |
| Defendant. | ) | |

FINAL STATUS REPORT
June 27, 2019

ROBERTSON, U.S.M.J.

Pursuant to Local Rule 116.5(c)(2), the court reports as follows:

1. The government has completed its automatic discovery disclosures. There are no outstanding discovery requests or motions pending, although the defendant may seek some third-party discovery of information that is not in the possession, custody, or control of the government. The defendant reserves his right to request further discovery from the government in accordance with the Local Rules and the Federal Rules of Criminal Procedure.

2. This court scheduled an initial pretrial conference before the presiding District Judge on September 5, 2019 at 10:00 a.m.

3. The defendant has identified a basis for making at least one motion under Federal Rule of Criminal Procedure 12(b)(3). This court left it to the presiding District Judge to establish a schedule for the filing of any such motion(s).

4. There have been some discussions about a possible resolution and those discussions will continue, but at this point, a trial appears possible. The parties estimate that a trial will take two to three weeks.

5. The parties agree that no time will have run on the Speedy Trial Clock through September 5, 2019, the date of the initial pretrial conference. The court agrees and finds that, in this instance, the ends of justice outweigh the usual interest in a speedy trial. A separate order of excludable delay has issued.

2

6.     There are no other matters to report relevant to the progress or resolution of the case.

 /s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
U.S. Magistrate Judge